UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>       Plaintiff,<br><br>   v.<br><br>2004 CAPITOL INVESTMENTS, LLC, a California Limited Liability Company,<br><br>       Defendants. | Case: 2:21-cv-01356-MCE-AC<br><br>**ORDER** |

### **ORDER**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action is hereby DISMISSED with prejudice.  Each party shall bear their own attorneys' fees and costs, and the Clerk of Court is directed to close the case.

IT IS SO ORDERED.

Dated:  March 28, 2023

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE